**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:24-cr-00014-RLY-KMB |
| | ) | |
| PHILLIP HOLDEN, | ) | -02 |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT PHILLIP HOLDEN'S NOTICE OF FILING OF OFFERED BUT EXCLUDED EXHIBITS AND OFFER OF PROOF**

Defendant Phillip Holden, by counsel, gives notice that he is filing the defense exhibits listed below, each of which he offered at trial and the Court excluded. Mr. Holden files them so that they are part of the record under Federal Rule of Appellate Procedure 10(a), and as a supplement to his offer of proof he conducted during the trial under Federal Rule of Evidence 103(a)(2).

## I. THE EXCLUDED EXHIBITS

The following exhibits are attached under the exhibit letters used at trial:

| Ex. | Bates | Date | Description |
|---|---|---|---|
| D | IVS-01536831 | May 22, 2019 | E-mail chain among Phillip Holden, Thomas Burroughs, and Merle Bright regarding missing supporting documents and contracts for invoices paid to related vendors, including Mr. Bright's "Mr. Investigator" e-mail |
| E | IVS000668632 | June 12, 2019 | E-mail from Mr. Holden to Mr. Bright, "Re: May 2019 billings," questioning seven Eightbit Designs and American Pathways Academy invoices and stating, "Before I can pay any of these invoices I must have a thorough explanation of each one" |

| Ex. | Bates | Date | Description |
|---|---|---|---|
| F | IVS000807872 | June 13, 2019 | E-mail from Mr. Bright to Thomas Stoughton forwarding Mr. Holden's June 12 e-mail: "Guess we don't get paid this month" |
| G | IVS001319035 | June 13, 2019 | E-mail from Mr. Bright to Mr. Burroughs forwarding Mr. Holden's June 12 e-mail |
| H | IVS000668608 | June 13, 2019 | E-mail from Mr. Bright to Mr. Holden, copying Mr. Stoughton, stating that he cannot respond to Mr. Holden's inquiries by the next day and that "the invoices need paid" |
| I | IVS000668498 | June 13, 2019 | E-mail from Mr. Bright to Mr. Holden, copying Mr. Stoughton: "If not funded, no payroll on 6/20" |
| J | IVS000668282 | June 14, 2019 | E-mail from Mr. Bright to Mr. Holden responding to Question 3 of Mr. Holden's June 12 e-mail |
| L | GOV00082267 | June 13, 2019 | E-mail from Emily M. VanCuren, CPA, Field Examiner, State Board of Accounts, to SBOA's Tammy Baker and Bill Vinson, "discussion with Phil Holden 11:30 am 6.13.19," documenting a closed-door meeting Mr. Holden requested and attaching his June 12 e-mail to Mr. Bright |
| M | GOV00082285 | June 13, 2019 | E-mail chain in which Ms. VanCuren forwards revised versions of Ex. L to Ms. Baker and Mr. Vinson (1:48 p.m. and 3:33 p.m.), adding that Mr. Holden was told Mr. Stoughton "had said the invoices were to be paid" and that she told him to "do what he felt he needed to do in regards to the payment" |
| O | IVS004526159 | June 13–14, 2019 | E-mail chain in which Mr. Burroughs confirms that Mr. Holden "ha[s] been instructed to pay the billings to APA and eight bit," and Mr. Bright responds |
| DD | (none; public court filing) | February 9, 2022 | Merle Bright's Answer to Complaint, *State of Indiana ex rel. Rokita v. Indiana Virtual Education Foundation, Inc.*, No. 29D01-2107-PL-004821 (Hamilton Super. Ct. 1) |

Mr. Holden offered these exhibits as relevant, exculpatory evidence of Mr. Holden's knowledge, intent, and good faith during the charged conduct period as well as under Mr. Holden's Sixth Amendment right to present a complete defense. *Chambers v. Mississippi*, 410 U.S. 284, 302 (1973).

Respectfully submitted,

s/ *Annemarie Alonso*
Annemarie Alonso
Jonathan Little
133 W. Market St. #189
Indianapolis, IN 46204
jon@sllawfirm.com
annie@sllawfirm.com

Attorneys for Defendant Holden