**From:** <bright1244@gmail.com>
**To:** '"Thomas Burroughs'" <thomas.burroughs@bitloft.com>
**Subject:** RE: IVS Summary 6.30.18
**Sent:** Wed 5/22/2019 6:20:33 PM

Please tell Mr. Investigator that the reason all 6 companies have the same address is because that address is for a complex that rents space to many small companies. He was told this 3 years ago. Maybe he personally needs to go there and fully investigate the situation. He is so full of it
Merle

---

**From:** Thomas Burroughs <thomas.burroughs@bitloft.com>
**Sent:** Wednesday, May 22, 2019 2:15 PM
**To:** Phillip Holden <pholden@indianavirtual.com>
**Subject:** RE: IVS Summary 6.30.18

I talked with Merle. Looks like many of the contracts are in the entity's 3-ring binder. Tamre is pulling copies and trying to confirm we have them all. She will get copies to you. If she does not have them, I'll look further.

**From:** Phillip Holden <pholden@indianavirtual.com>
**Sent:** Wednesday, May 22, 2019 2:12 PM
**To:** Thomas Burroughs <thomas.burroughs@bitloft.com>
**Subject:** Re: IVS Summary 6.30.18

I'm working on prep for the 2017 audit. There are invoices that were paid, but no other supporting documents. Greg was in my office today and advised this was because there are contracts with those companies, so PO's were not required. I did advise him that while that is true, the AP voucher was required, and only one of them had an AP voucher. He advised that you would have the actual contracts. Let me know if you have a moment to discuss this.

**Phillip Holden**
Director
Indiana Virtual School

---

**Address** 500 East 96th Street, Suite 400, Indianapolis, IN 46240
**Direct** 317.581.5355 **Fax** 866.553.2211

---

On Wed, May 22, 2019 at 1:21 PM Thomas Burroughs <thomas.burroughs@bitloft.com> wrote:

Where did you obtain these documents? They look "okay" to me, but I am not in a position to know anything about them.

I will have Tamre see if she can locate agreements between IVS or IVPA and each of the listed entities. I believe we have some signed "Termination Agreements" between IVS and the entities, but with a quick look, I did not find the agreements on the Google Drive or in my email folders.

I cannot be found, might have to check with Merle.

Tamre, please print so I can review before sharing . . . just in case.

**From:** Phillip Holden <pholden@indianavirtual.com>

**Sent:** Wednesday, May 22, 2019 12:37 PM
**To:** Thomas Burroughs <thomas.burroughs@bitloft.com>
**Subject:** Fwd: IVS Summary 6.30.18

Wanted to share this with you. Also, I need to get copies of service agreements for 2017 with the following companies:

Choice Academies Online, LLC
Institutional Investigators, LLC
Institutional Recruiters, LLC
PS Risk Management, LLC
Professional Consultants of Florida, LLC
Specialty Leasing Services, LLC

All six companies have the same address:
9128 Strada Place
Suite 10115
Naples, FL 34108

Would you have these service agreements? If not, do you know where I get them? Thanks!

**Phillip Holden**
Director
Indiana Virtual School

---

**Address** 500 East 96th Street, Suite 400, Indianapolis, IN 46240
**Direct** 317.581.5355 **Fax** 866.553.2211

---

---------- Forwarded message ---------
From: **Williams, Molly** <Molly.Williams@claconnect.com>
Date: Wed, May 22, 2019 at 10:25 AM
Subject: IVS Summary 6.30.18
To: Phillip Holden <pholden@indianavirtual.com>
Cc: Grafton, Susan <Susan.Grafton@claconnect.com>, Hartman, Michelle <Michelle.Hartman@claconnect.com>

Hello Phil,

Below are our findings after reviewing the documentation we were provided related to FY 18. These workpapers can be provided to SBA for their audit needs.

Below are Huth Thompson findings in PY, I believe the highlighted items will possibly be applicable to FY18 with different numbers:

"Material entries include:

- Net adjustments to increase accounts payable of $484,127;

- Record goodwill of $362,711;
- Correction to increase service fees of $153,460;
- Correction to prepaid software license fees of $105,863; and
- Correction to record forgiveness of debt of $463,915."

For the highlighted items, adjustments were made due to pricing and timing. We do not have adequate documentation to estimate adjustments.

BALANCE SHEET NOTES:

- CASH ACCOUNTS-

Here is recon history I am showing in Enterprise:

***Reconciliation History in Enterprise***

| Account | Last Reconciled | Reconciled Balance | Current Balance |
|---|---|---|---|
| Fifth Third Operating | 01/31/2019 | 10,918.57 | 918.57 |
| Fifth Third Operating:FIFTH THIRD-IVS Available | 12/31/2017 | 10,265.09 | 265.09 |
| NBI-Operating | 01/31/2019 | 485,931.28 | 1,035,202.00 |
| NBI-Operating:NBI-Available Funds | 07/31/2016 | 428,468.13 | 977,738.85 |
| NBI-Operating:NBI-WIDA FUNDING | qbks://qbw:prev_recon_report/56,652.73 | | 56,652.73 |
| NBI-Operating:NBI-Lilly Grant Funds | qbks://qbw:prev_recon_report/881.42 | | 881.42 |
| NBI-Public Awareness | 01/31/2019 | 1,102.65 | 1,102.65 |
| IVS-Lake City | 11/30/2017 | 332.94 | 332.94 |

The items saying "qbks://qbw:prev recon report/ " which are Operating:NBI-Wida Funding and Operating:NBI-Lily Grant haven't been reconciled, so very hard to tell if these are legitimate balances I am guessing not and a write off probably needs to be done.

NBI-Public Awareness; Fifth Third Operating; NBI-Operating are reconcile and current so assuming there are no adjustments that will result in an impact on the P&L.

Operating Fifth Third –IVS Available; IVS-Lake City; Operating NBI-Available Funds have been reconciled in the past however the recons are not current through 6.30.18 therefore I believe there are probably either accounts that need written off or activity may not be present in the P&L and needs recorded.

- PREPAIDS-

All prior prepaids have been relieved which per the agreements and schedules from the auditors appears correct except for the security deposit. Per the agreement there is one remaining month of rent that will need to be relieved 9.9.18 and a remaining deposit will exist in the prepaid account until which time the rental agreement is no longer valid due to relocation.

- RECEIVABLES-

I don't believe there are any receivable adjustments other than the possible increase to service fees adjustment mentioned above.

- LIABILITIES-

I believe there maybe (per above) an adjustment that should occur to liabilities primarily based on a timing issue. Per the current 6.30.18 no AP exists.

- NET ASSETS-

Per prior notes, it appears Accumulated Depreciation is embedded within the net assets. See my depreciation adjustment per 6.30.18 tax return.

We have minimal information related to FY18 including bank statements, so providing further analysis would require additional information.

We would like to do a call later this afternoon around 3:30 if that would work for you to review this synopsis so you can communicate with SBA. We can also discuss the status of Intacct and the next steps to populate the system.

Thank you!

Molly

---

**Molly Williams**
Nonprofit CFO, Business Operations (BizOps)

**Direct 317-569-6162** | Mobile 317-440-6892 | Main 317-574-9100 | Fax 317-574-9707
CLA (CliftonLarsonAllen LLP) | 9365 Counselors Row, Suite 200, Indianapolis, IN 46240
molly.williams@CLAconnect.com | CLAconnect.com

**Create Opportunities**

Wealth Advisory | Outsourcing | Audit, Tax, and Consulting

---

Investment advisory services are offered through CliftonLarsonAllen Wealth Advisors, LLC, an SEC-registered investment advisor.

Send me your files with secure file transfer.

----------------------------

**The information (including any attachments) contained in this document is confidential and is for the use only of the intended recipient. If you are not the intended recipient, you should delete this message. Any distribution, disclosure, or copying of this message, or the taking of any action based on its contents is strictly prohibited.**

**CliftonLarsonAllen LLP**

----------------------------