Message

**From:** bright1244@gmail.com [bright1244@gmail.com]
**Sent:** 6/14/2019 9:33:29 AM
**To:** 'Phillip Holden' [ 'Phillip Holden' <pholden@indianavirtual.com>]
**Subject:** RE: May 2019 billings

RE Question #3:
I will need to research the AT&T issue. It is very possible that Eightbit should have been paying this charge and might owe the school some money.
I'll see what I can find out about it.
Merle

**From:** Phillip Holden <pholden@indianavirtual.com>
**Sent:** Wednesday, June 12, 2019 11:01 PM
**To:** Merle Bright <bright1244@gmail.com>
**Subject:** Re: May 2019 billings

Merle,
I have some issues with this billing that I need your assistance on.

1. Eightbit IVPA Inv #200 for $274,213.50. A page is provided with hours to be paid, but no explanation as to what services were provided. As an example, you list 272.44 hours for 'Virtual Education Services." What does this include? What are the services actually provided? As well, the invoice lists "Software development and programming enhancements per client request." Who made such requests, and what documentation do you have to verify those requests? What 'enhancements' were made?

2. Eightbit IVPA Inv. #196 for $380,152.00. There is $285,825.83 being billed for "Contract Teacher Salaries." The school pays all teacher salaries directly. Who are these salaries for? As well, you list $106,894.02 of that amount for "Contract Teachers (Honors)." We do not have a separate 'Honors' program. Where is this charge coming from? You list $10,766.84 for "Computers in Lieu of Textbooks." I have no explanation as to what these are. There is $83,559.33 for "Textbooks and Workbooks." I am not aware of any 'textbooks' or 'workbooks' provided to students. What documentation do you have to verify these and which students were provided these items?

3. Eightbit IVPA Inv. #195 for $691,752.00. You provide a breakdown, but I have no information to verify such charges. Line items such as "Connectivity" and "Consulting" are listed multiple times. Connectivity at the school is provided through a network that the school pays for directly to AT&T. What 'connectivity' are you billing for? Computer Hardware is listed multiple times. What hardware are we being billed for? You list a 'Professional Development' licensing fee of $21,730.14. What professional development was provided to the school that requires a licensing fee, what did it cover and who was it provided to?

4. Eightbit INVS Inv. #197 for $60,268.00 is for 'Computers in Lieu of Textbooks' and 'Textbooks and Workbooks.' Again, what computers and what textbooks and workbooks? Who were they provided to?

5. Eightbit INVS Inv. #198 for $88,920.00 has a breakdown included. Again, there are multiple categories included that I have no means of verifying. As an example, there are two separate

'Professional Development' categories included in the breakdown. What does this include and who was it provided to?

6. APA INVS Inv. #106 for $1,508,144.00, categorized as "Student Services." There are so many problems with the breakdown on this invoice that I cannot list them all.

7. APA INVS Inv. #107 for $239,096.00, categorized as "Student Services." Again, there are so many problems with the breakdown on this invoice that I cannot list them all.

Before I can pay any of these invoices I must have a thorough explanation of each one.

**Phillip Holden**
Director
Indiana Virtual School

**Address** 500 East 96th Street, Suite 400, Indianapolis, IN 46240
**Direct** 317.581.5355 **Fax** 866.553.2211

On Wed, Jun 12, 2019 at 10:36 AM <bright1244@gmail.com> wrote:

> Phil
>
> See attached. Meet Friday morning to get checks?
>
> I have the paperwork you left for my review ready for you
>
> *Merle Bright, CFO*
>
> American Pathways Academy, LLC; Alpha Consolidated Services, LLC; Eightbit Designs, LLC dba
>
> BitLoft