**To:** Baker, Tammy[tbaker@sboafe.IN.gov]; Vinson, Bill[BVinson@sboafe.in.gov]
**From:** Vancuren, Emily
**Sent:** Thur 6/13/2019 3:33:33 PM
**Subject:** FW: discussion with Phil Holden 11:30 am 6.13.19
**Received:** Thur 6/13/2019 3:33:35 PM
email from Phil to Merle Bright.pdf

Please note additional revisions after I was able to read through carefully

---

**From:** Vancuren, Emily
**Sent:** Thursday, June 13, 2019 1:48 PM
**To:** Baker, Tammy <tbaker@sboafe.IN.gov>; Vinson, Bill <BVinson@sboafe.in.gov>
**Subject:** FW: discussion with Phil Holden 11:30 am 6.13.19

Note revisions below

---

**From:** Vancuren, Emily
**Sent:** Thursday, June 13, 2019 1:31 PM
**To:** Baker, Tammy <tbaker@sboafe.IN.gov>; Vinson, Bill <BVinson@sboafe.in.gov>
**Subject:** discussion with Phil Holden 11:30 am 6.13.19

This is to document the discussion I had with Philip Holden at 11:30 on 6.13.19.
Mr. Holden (PH) approached me for a closed door discussion. PH referenced the email that he had sent to Merle Bright requesting further documentation of his invoice/request for payment. This email is attached for reference.
PH was contacted by phone approx. 10am by~~Tom Stoughton, Jr~~ Tom Burroughs and Merle Bright. PH was told that Tom Stoughton Jr had said the invoices were to be paid. PH was told that if he refused payment of the invoice all operations of the school would halt and the teachers would not be paid. PH questioned the "teacher's salaries" portion of the invoice specifically as PH pays all IVS and IVPA teachers with checks from IVS and IVPA. He was told that "the contract" contained provisions for the payment of these "teacher salaries".
PH questioned further at which time Merle Bright replied that he would just recategorize those expenditures but the amount of the bill would not change.

PH then requested that he be provided with a document that ordered him to pay the invoice.

PH said he received an email from Tom Burroughs basically stating the call referenced above had occurred~~and stating that PH would receive an "order" to pay~~. The email contained the order to pay.

PH then asked me what his level of responsibility in the payment of these invoices was. I responded that our concerns from a financial statement audit would be related to the unsubstantiated nature of the payments over the course of our audit (when EFTs were made for all of Merle Bright's companies and NO invoice or documentation for payment outside the initial contract was presented for our examination) might inhibit our ability to opine on those statements. I advised him that the fiscal officer is responsible and that he should maintain and record any information as events occur of or related to any transactions that were not documented or were out of the ordinary to provide a written history.

PH then asked how long this audit would take – how long our team would be here. I replied that we could never be certain. He then said he did not want to leave while we were still here auditing but he did not want to stay in this position.

...................

Following up with PH – I requested that he record his recollection of the conversation noted above. I also requested that he supply me with copies of all related correspondence (already received and any more received over the next few days) as well as his notes from the conversation.

~~I also advised PH (per Bill Vinson) to pay the invoice after documenting all of the above~~. *PH discussed with me the "order to pay" email and again voiced his concerns about repercussions of nonpayment I mentioned that he should document everything and do what he felt he needed to do in regards to the payment.*

**Emily M. VanCuren, CPA**

**Field Examiner 1**
**State Board of Accounts**