Subject: RE: APA and Eightbit
From: bright1244@gmail.com
Date: Fri, 14 Jun 2019 09:30:39 -0400
To: Thomas Burroughs <thomas.burroughs@bitloft.com>, pholden@indianavirtual.com

Phil:
FYI, Eightbit does in fact pay for teachers. They pay Edmentum and that includes amounts for some teachers at IVS/IVPA.
Merle

-----Original Message-----
From: Thomas Burroughs <thomas.burroughs@bitloft.com>
Sent: Thursday, June 13, 2019 10:08 AM
To: pholden@indianavirtual.com
Cc: bright1244@gmail.com
Subject: APA and Eightbit

Phillip:
This email will confirm our conversation this morning to the effect that you have been instructed to pay the billings to APA and eight bit, with the understanding that reallocations and correct coding will be performed as soon as they can be provided. If there any questions let me know thanks, Tom Burroughs

Sent from my iPhone