AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

V.

PHILLIP HOLDEN

## EXHIBIT AND WITNESS LIST

Case Number: 1:24-cr-14-RLY-KMB-2

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| YOUNG | Shepard, Olivier, Spiro | Little, Alonso |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/27/2026 - 11/05/2026 | Beth Culiver | Tina Doyle |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 10/27/2026 | | | CHELSEA WESLEY - FBI AGENT |
| 4 | | | | x | Ind. Code § 20-24-7-13 |
| 11-12 | | | | x | Ind. Code § 20-43-1-7.5 and Ind. Code § 20-43-1-11.5 |
| 24-35 | | | | x | various ADM count |
| 38-39 | | | | x | ADM count |
| 89 | | | | x | Reconciled Feb 2016IVS ADM count |
| 52 | | | | R | needs redacted - Holden Workforce Development Records |
| 63-66 | | | | x | Prof services agreement s |
| 68 | | | | x | 1/01/18 PSA between APA and IVPA |
| 262 | | | | x | Codes 14 or 15 - concerns re exiting students on reports |
| 289 | | | | x | Data summations analysis of IVS-IVPA data uploaded to IDOE |
| 290 | | | | x | Data tag descriptors & lists INVS IVPA Data Tracking |
| 295-296 | | | | x | (U/A initially and Later admitted under witness Colton Fisher)Photo and dipolma of Colton Fisher |
| 103 | | | | x | 1/06/15 email |
| 106 | | | | x | 8/13/15 email |
| 109 | | | | x | 1/18/16 email |
| 112 | | | | x | 3/11/16 email |
| 107 | | | | x | 8/18/15 email |
| 115-117 | | | | x | emails and attachments |
| 122 | | | | x | 9/06/16 emai |
| 125-127 | | | | x | emails |
| 130-133 | | | | x | emails |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | HOLDEN | CASE NO. 1:24-cr-14-RLY-KMB-2 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 121 | | | | x | 8/31/16 email |
| 134-137 | | | | x | emails |
| 140 | | | | x | 4/04/17 email |
| 142 | | | | x | 4/17/17 email |
| 144-147 | | | | x | emails |
| 152-153 | | | | x | emails |
| 157 | | | | x | 8/04/17 emails |
| 161-162 | | | | x | emails |
| 164 | | | | x | 8/24/17 email |
| 167-169 | | | | x | emails |
| 171-172 | | | | x | emails |
| 175 | | | | x | 11/10/17 email and attachment |
| 180 | | | | x | 12/29/17 email |
| 185 | | | | x | 1/05/18 email |
| 189 | | | | x | 1/19/18 email and attachment |
| 193 | | | | x | 1/24/18 email |
| 195-199 | | | | x | emails |
| 202 | | | | x | 2/09/18 email |
| 204 | | | | x | 2/14/18 email |
| 210 | | | | x | 4/04/18 email |
| 218-219 | | | | x | emails |
| 221-226 | | | | x | emails |
| 228-233 | | | | x | emails |
| 238 | | | | x | 9/19/18 email |
| 251 | | | | x | 2/09/19 email |
| 253 | | | | x | 3/05/19 email |
| 357 | | | | x | 7/23/12 email |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | HOLDEN | CASE NO. 1-24-cr-14-RLY-KMB-2 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 358 | | 10/27/2026 | | x | 7/23/2012 email and attachment |
| 362 | | | | x | Undated student file of Sadie Stoops |
| 363 | | | | x | 1/15/13 email |
| 369 | | | | x | |
| 370 | | | | x | |
| 371 | | | | x | |
| 372 | | | | x | |
| 373 | | | | x | |
| 374 | | | | x | |
| 375 | | | | x | |
| 376 | | | | x | |
| 377 | | | | x | |
| 378 | | | | x | |
| 379 | | | | x | |
| 91 | | | | x | 10/23/17 email and attachment |
| 269 | | | | x | 7/11/16 email and attachment |
| 272 | | | | x | 4/03/17 email |
| 273 | | | | x | 5/12/17 email |
| 367 | | | | x | |
| 368 | | | | x | |
| 190 | | | | x | 1/23/18 email |
| 211 | | | | x | 6/06/18 email |
| | *214 | | | x | USA exhibit offered by deft - admitted over obj |
| | *173 | | | x | USA exhibit offered by deft - admitted over obj |
| | *183 | | | x | USA exhibit offered by deft - admitted over obj |
| | | 10/28/2026 | | | Continuation CHELSEA WESLEY |
| W | | | | | DR DAVID STASHEVSKY |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | HOLDEN | CASE NO. 1:24-cr-14-RLY-KMB-2 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 356 | | 10/28/2026 | | x | 1/13/11 email and attachments |
| 220 | | | | x | 8/14/18 Daleville Memo and Burroughs notes |
| W | | | | | ISABELLA TROXELL |
| W | | | | | GRAHAM CLARK |
| W | | | | | TIM EHRGOTT |
| W | | | | | MELISSA AMBRE, IN Dept of Ed. |
| 337 | | | | x | Summary of ADM Claims |
| W | | | | | ALLISON LIPPS |
| 263 | | | | x | Troxell student file |
| 264 | | | | x | Cowan student file |
| 310 | | | | x | Photo of High School Diploma |
| W | | | | | VIOLET BARRS TURNER |
| W | | | | | CASSANDRA BUSH |
| 291 | | | | x | 9/21/16 email |
| 293 | | | | x | 6/07/18 email |
| 294 | | | | x | 6/14/18 email |
| W | | | | | ANNE BILLMAN |
| 312 | | | | x | Photo Kubick's high school graduation |
| 313 | | | | x | Photo Kubick's high school graduation with diploma |
| W | | | | | TAMI SCROGGINS |
| W | | | | | BRANSON COWAN |
| W | | | | | COLTON FISHER |
| 295 | | | | x | Photo of Fisher's High School diploma |
| 296 | | | | x | Photo of Fisher's transcript from Penn Foster High School |
| W | | | | | BRENDA ERBSE, IN Dept of Education |
| 21 | | | | x | IDOE Accountability Spreadsheet |
| 22 | | | | x | IDOE Outcome Data Sheet |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | HOLDEN | CASE NO. 1:24-cr-14-RLY-KMB-2 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W | | 10/29/2026 | | | TRAVIS LYNCH |
| | | | 280 | | 5/10/16 email |
| | | | 338 | | Summary of teacher pay reports |
| | | | 281 | | 9/09/16 email |
| W | | | | | ETHAN RANSDELL |
| W | | | | | CHRISTOPHER KING |
| 328 | | | | x | Information in 1-23-cr-159 |
| 329 | | | | x | Plea agreement in 1-23-cr-159 |
| 330 | | | | x | Addendum to plea in 1-23-cr-159 |
| 273 | | | | x | 5/11/17 email |
| | U | | | x | Defense exhibit - |
| W | | | | | ZACHARY MORRICE |
| W | | | | | KYLE SCHROEDER |
| 331 | | | | x | Information 1-24-cr-50 |
| 332 | | | | x | Plea agreement 1-24-cr-50 |
| 333 | | | | x | Sealed addendum 1-24-cr-50 |
| | | 10/30/2026 | | | Continuation of testimony of witness KYLE SCHROEDER |
| | N | | | x | 9/13/18 email (Not Landed Anywhere 10/15/17 - 1/01/18) |
| W | | | | | ADAM CARLSEN |
| W | | | | | TAMMY PEREZ, IN State Board of Accounts |
| 50 | | | | x | SBOA Calculation of overpayment sheet |
| W | | | | | MICHAEL LEPPER, ISP |
| 365 | | | | x | 6/17/19 Interview of Phillip Holden |
| | | 11/2/2026 | | | MATTHEW VANDEVENDER - FBI SA |
| 380 | | | | x | Summary of records |
| | 160 | | | x | USA doc offered by deft - admitted over obj - 8/14/17 email |
| | 165 | | | NOT | USA doc offered by deft - admitted over obj - 8/30/17 email |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | HOLDEN | CASE NO. 1-24-cr-14-2 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 128 | 11/2/2026 | | x | USA doc offered by deft - admitted over obj - 10/18/26 email |
| | 129 | | | x | USA doc offered by deft - admitted over obj - 10/20/16 email |
| | B | | | x | Email Amy re:laptop- |
| | 359 | | | x | USA doc offered by deft - 11/19/12 email |
| | 256 | | | x | USA doc offered by deft - email 6/10/19 |
| | Z | | | x | Email from Stoughton re CSE's and CSR ass't supervisor |
| 382 | | | | x | Statement of the defendant - (over obj) |
| | | | | | USA rests - Deft moves for Directed Verdict - Motion denied |
| | W | | | | NATHAN EGGLESTON, FBI (Forensic Accountant) |
| | BB | | | NO | Checks that cleared Jan 2019 |
| | 339 | | | x | summary of monetary benefit to Stoughton family |
| | | 11/3/2026 | | | |
| | W | | | | MERLE BRIGHT |
| 165 | | | | x | (USA exhibit offered by deft - no obj) - M Bright to T Stoughton - Email 8/30/17 |
| | V | | | x | M Bright to Burroughs and Moonshower 4/24/19 |
| | W | | | | LIZ GODBY |
| | W | | | | TESS REDDING |
| 383 | | | | x | Memo from Phil Holden |
| 384 | | | | x | 7/21/16 email from PHolden regarding pay |
| 385 | | | | x | email 8/05/16 - regarding change in contract terms |
| | W | | | | LOU MOONSHOWER |
| | C | | | x | Email Moonshower on Asst Treasurer |
| | W | | | | CHRISTIN HOYT |
| | | 11/4/2026 | | | |
| | W | | | | THOMAS STOUGHTON |
| | W | | | | PERCY CLARK |
| | EE | | | X | Petition to enter a plea of guilty and plea agreement of Clark |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. HOLDEN — CASE NO. 1:24-cr-14-RLY-KMB-2

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/4/2026 | | | |
| | W | | | | EMILY VANCUREN |
| | W | | | | KATHRYN STEBBINS |
| | W | | | | SUSAN GRAFTON |
| | W | | | | AMY GAINES (testimony offered via reading of GJ transcript) |
| | W | | | | PHILLIP HOLDEN |
| | 366 | | | x | Chalkbeat article (USA exhibit admitted by deft) |
| | W | | | x | Email Holden to CSR 7/02/2018 |
| | Q | | | x | Email Holden to Stoughton on Project List |
| | R | | | x | Holden to Stoughton Project time list |
| | S | | | x | Holden to Stoughton project list follow-up |
| | T | | | x | Holden to Stoughton on old report data 4/10/18 |
| | P | | | x | Holden on pending enrollment verbiage |
| | X | | | x | Email on enrollment idea |
| | 365a | | | x | Transcript of Holden interview |
| 386 | | | | x | email from Holden to Stoughton & King 9/15/2017 |
| 387 | | | | x | email from Clark to Holden re: neice applications |
| 388 | | | | NO | |
| 389 | | | | NO | |
| | W | | | | MALENI PENSADO MARTINEZ |
| | 250 | | | x | Stipulation on admission - email 2/07/19 |
| | | 11/5/2026 | | | END |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |