UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-00014-RLY-KMB |
| | ) | |
| PHILLIP HOLDEN, | ) | -02 |
| | ) | |
| Defendant. | ) | |

**VERDICT FORM**

## Count 1 — Conspiracy to Commit Wire Fraud

With respect to Count 1, Conspiracy to Commit Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**____

## Count 2 — Wire Fraud

With respect to Count 2, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**____

*If you have found the defendant* ***guilty*** *of Count 2, skip the additional question below and proceed to address Count 3.*

*If you have found the defendant* ***not guilty*** *of Count 2, proceed to answer the additional question below.*

**Additional Question as to Count 2**

With respect to Count 2, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**____ **NOT GUILTY**____

*Regardless of your answer to the additional question as to Count 2, proceed to Count 3.*

## Count 3 — Wire Fraud

With respect to Count 3, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**____

*If you have found the defendant **guilty** of Count 3, skip the additional question below and proceed to address Count 4.*

*If you have found the defendant **not guilty** of Count 3, proceed to answer the additional question below.*

**Additional Question as to Count 3**

With respect to Count 3, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 3, proceed to Count 4.*

**Count 4 — Wire Fraud**

With respect to Count 4, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**_____

*If you have found the defendant **guilty** of Count 4, skip the additional question below and proceed to address Count 5.*

*If you have found the defendant **not guilty** of Count 4, proceed to answer the additional question below.*

**Additional Question as to Count 4**

With respect to Count 4, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 4, proceed to Count 5.*

**Count 5 — Wire Fraud**

With respect to Count 5, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**_____

*If you have found the defendant* ***guilty*** *of Count 5, skip the additional question below and proceed to address Count 6.*

*If you have found the defendant* ***not guilty*** *of Count 5, proceed to answer the additional question below.*

**Additional Question as to Count 5**

With respect to Count 5, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 5, proceed to Count 6.*

**Count 6 — Wire Fraud**

With respect to Count 6, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**_____

*If you have found the defendant* ***guilty*** *of Count 6, skip the additional question below and proceed to address Count 7.*

*If you have found the defendant* ***not guilty*** *of Count 6, proceed to answer the additional question below.*

**Additional Question as to Count 6**

With respect to Count 6, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 6, proceed to Count 7.*

**Count 7 — Wire Fraud**

With respect to Count 7, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**_____

*If you have found the defendant* ***guilty*** *of Count 7, skip the additional question below and proceed to address Count 8.*

*If you have found the defendant* ***not guilty*** *of Count 7, proceed to answer the additional question below.*

**Additional Question as to Count 7**

With respect to Count 7, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 7, proceed to Count 8.*

**Count 8 — Wire Fraud**

With respect to Count 8, Wire Fraud, we, the jury, unanimously find the defendant, Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**____

*If you have found the defendant **guilty** of Count 8, skip the additional question below and proceed to address Count 9.*

*If you have found the defendant **not guilty** of Count 8, proceed to answer the additional question below.*

**Additional Question as to Count 8**

With respect to Count 8, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**____ **NOT GUILTY**____

*Regardless of your answer to the additional question as to Count 8, proceed to Count 9.*

**Count 9 — Wire Fraud**

With respect to Count 9, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**____

*If you have found the defendant **guilty** of Count 9, skip the additional question below and proceed to address Count 10.*

*If you have found the defendant **not guilty** of Count 9, proceed to answer the additional question below.*

**Additional Question as to Count 9**

With respect to Count 9, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 9, proceed to Count 10.*

**Count 10 — Wire Fraud**

With respect to Count 10, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**_____

*If you have found the defendant **guilty** of Count 10, skip the additional question below and proceed to address Count 11.*

*If you have found the defendant **not guilty** of Count 10, proceed to answer the additional question below.*

**Additional Question as to Count 10**

With respect to Count 10, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 10, proceed to Count 11.*

**Count 11 — Wire Fraud**

With respect to Count 11, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**_____

*If you have found the defendant **guilty** of Count 11, skip the additional question below and proceed to address Count 12.*

*If you have found the defendant **not guilty** of Count 11, proceed to answer the additional question below.*

**Additional Question as to Count 11**

With respect to Count 11, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 11, proceed to Count 12.*

**Count 12 — Wire Fraud**

With respect to Count 12, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**_____

*If you have found the defendant **guilty** of Count 12, skip the additional question below and proceed to address Count 13.*

*If you have found the defendant **not guilty** of Count 12, proceed to answer the additional question below.*

**Additional Question as to Count 12**

With respect to Count 12, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 12, proceed to Count 13.*

**<u>Count 13 — Wire Fraud</u>**

With respect to Count 13, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**_____

*If you have found the defendant **<u>guilty</u>** of Count 13, skip the additional question below and proceed to address Count 14.*

*If you have found the defendant **<u>not guilty</u>** of Count 13, proceed to answer the additional question below.*

**Additional Question as to Count 13**

With respect to Count 13, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 13, proceed to Count 14.*

**Count 14 — Wire Fraud**

With respect to Count 14, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**____

*If you have found the defendant **guilty** of Count 14, skip the additional question below and proceed to address Count 15.*

*If you have found the defendant **not guilty** of Count 14, proceed to answer the additional question below.*

**Additional Question as to Count 14**

With respect to Count 14, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**____ **NOT GUILTY**____

*Regardless of your answer to the additional question as to Count 14, proceed to Count 15.*

**Count 15 — Wire Fraud**

With respect to Count 15, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**____

*If you have found the defendant **guilty** of Count 15, skip the additional question below and proceed to address Count 16.*

*If you have found the defendant **not guilty** of Count 15, proceed to answer the additional question below.*

**Additional Question as to Count 15**

With respect to Count 15, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 15, proceed to Count 16.*

**<u>Count 16 — Wire Fraud</u>**

With respect to Count 16, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**_____

*If you have found the defendant* ***<u>guilty</u>*** *of Count 16, skip the additional question below and proceed to address Count 17.*

*If you have found the defendant* ***<u>not guilty</u>*** *of Count 16, proceed to answer the additional question below.*

**Additional Question as to Count 16**

With respect to Count 16, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**_____ **NOT GUILTY**_____

*Regardless of your answer to the additional question as to Count 16, proceed to Count 17.*

**<u>Count 17 — Wire Fraud</u>**

With respect to Count 17, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**____

*If you have found the defendant **guilty** of Count 17, skip the additional question below and proceed to address Count 18.*

*If you have found the defendant **not guilty** of Count 17, proceed to answer the additional question below.*

**Additional Question as to Count 17**

With respect to Count 17, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY**____ **NOT GUILTY**____

*Regardless of your answer to the additional question as to Count 17, proceed to Count 18.*

**<u>Count 18 — Wire Fraud</u>**

With respect to Count 18, Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY** ✓ **NOT GUILTY**____

*If you have found the defendant **guilty** of Count 18, skip the additional question below.*

*If you have found the defendant **not guilty** of Count 18, proceed to answer the additional question below.*

## Additional Question as to Count 18

With respect to Count 18, Attempted Wire Fraud, we, the jury, unanimously find the defendant Phillip Holden:

**GUILTY_____** **NOT GUILTY_____**

*When you have reached a verdict as to all of the counts of the indictment and answered any related additional questions, the Foreperson should sign and date in the lines below and contact the bailiff.*

Date: Nov 5, 2026 ______________________________

Foreperson